1  ADAM M. APTON (SBN 316506)
2  E-mail: aapton@zlk.com
   LEVI & KORSINSKY, LLP
3  445 South Figueroa Street, 31st Floor
4  Los Angeles, California 90071
   Tel: (213) 985-7290
5  Fax: (202) 333-2121

6  *Attorneys for Lead Plaintiff Joel Kuhn*
   *and Lead Counsel for the Class*
7
8  [Additional counsel on signature page]
   ___
9                UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11

12  YAKI J. MELLER, Individually and on       Master File No. 2:16-CV-08505-PSG-
    Behalf of All Others Similarly Situated,   PJW
13
14                      Plaintiff,             **NOTICE OF APPEAL AND**
                                               **NINTH CIRCUIT RULE 302**
15          v.                                 **REPRESENTATION**
                                               **STATEMENT**
16
17  ARROWHEAD PHARMACEUTICALS,
    INC., CHRISTOPHER R. ANZALONE,
18  BRUCE GIVEN, and KENNETH A.
    MYSZKOWSKI,
19
20                      Defendants.

21

22  //
23  //
24  //
25  //
26  //
27  //
28

1   Notice is hereby given that lead plaintiff Joel Kuhn in the above-captioned

2   case, on behalf of himself and all others similarly situated ("Plaintiff"), hereby

3   appeals to the United States Court of Appeals for the Ninth Circuit from the Court's

4   order granting Defendants' motion to dismiss dated December 21, 2017 (ECF. No.

5   92) (the "Order").   The Order dismissed Plaintiff's Second Amended Complaint

6   (ECF. No. 80) without leave to amend.

7   Dated:  December 27, 2015               Respectfully submitted,

8                                          **LEVI & KORSINSKY, LLP**

9                                           s/ Adam M. Apton
10                                         Adam M. Apton (SBN 316506)
11                                         Adam C. McCall (SBN 302130)
                                           E-mail: aapton@zlk.com
12                                         E-mail: amccall@zlk.com
13                                         445 South Figueroa Street, 31st Floor
                                           Los Angeles, California 90071
14                                         Tel: (213) 985-7290
15                                         Fax: (202) 333-2121

16                                                  -and-

17
18                                         Nicholas I. Porritt
                                           LEVI & KORSINSKY, LLP
19                                         1101 30th Street NW, Suite 115
                                           Washington, DC 20007
20                                         Tel: (202) 524-4290
21                                         Fax: (202) 333-2121

22
                                           *Attorneys for Lead Plaintiff Joel Kuhn*
23                                         *and Lead Counsel for the Class*

24

25

26

27   NOTICE OF APPEAL AND REPRESENTATION STATEMENT
                  Master File No. 2:16-CV-08505-PSG-PJW
28                                     2

## NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT

Plaintiff in this action, Joel Kuhn, on behalf of himself and all others similarly situated, is represented by the following counsel:

Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
LEVI & KORSINSKY, LLP
E-mail: aapton@zlk.com
E-mail: amccall@zlk.com
445 South Figueroa Street, 31st Floor
Los Angeles, California 90071
Tel: (213) 985-7290
Fax: (202) 333-2121

-and-

Nicholas I. Porritt
E-mail: nporritt@zlk.com
LEVI & KORSINSKY, LLP
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 333-2121


Defendants in this action are represented by:

Alexander K. Mircheff (SBN 245074)
Gregory S. Bok (SBN 298239)
E-mail: amircheff@gibsondunn.com
E-mail: gbok@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Dated: December 27, 2017

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

s/ Adam M. Apton
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
E-mail: aapton@zlk.com
E-mail: amccall@zlk.com
445 South Figueroa Street, 31st Floor
Los Angeles, California 90071
Tel: (213) 985-7290
Fax: (202) 333-2121

-and-

Nicholas I. Porritt
LEVI & KORSINSKY, LLP
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 333-2121

*Attorneys for Lead Plaintiff Joel Kuhn*
*and Lead Counsel for the Class*

1

## **CERTIFICATE OF SERVICE**

2     I hereby certify that on December 27, 2017, I authorized the electronic

3  filing of the foregoing with the Clerk of the Court using the CM/ECF system

4  which will send notification of such filing to the e-mail addresses denoted on the

5  attached Electronic Mail Notice List.  I certify under penalty of perjury under the

6  laws of the United States of America that the foregoing is true and correct.

7  Executed on December 27, 2017.

8                                                                s/ Adam M. Apton_____

9                                                                Adam M. Apton (SBN 316506)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28