ALEXANDER K. MIRCHEFF, SBN 245074
amircheff@gibsondunn.com
GREGORY S. BOK, SBN 298239
gbok@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendants
ARROWHEAD PHARMACEUTICALS, INC.,
CHRISTOPHER R. ANZALONE, BRUCE
GIVEN, and KENNETH A. MYSZKOWSKI

E-FILED
JAN 1 1 2018
Document #

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ARROWHEAD PHARMACEUTICALS, INC. SECURITIES LITIGATION | Master File No. 2:16-cv-08505-PSG-PJW<br><br>[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS ARROWHEAD PHARMACEUTICALS, INC., CHRISTOPHER R. ANZALONE, BRUCE GIVEN, and KENNETH A. MYSZKOWSKI |

On September 20, 2017, the Court issued an order granting Defendants' motion to dismiss the then-operative complaint in its entirety with leave to amend. Dkt. No. 71.

On October 26, 2017, Plaintiff filed a Second Amended Complaint. Dkt. No. 80.

On December 21, 2017, the Court issued an order granting Defendants' motion to dismiss the Second Amended Complaint without leave to amend and ordered the case closed. Dkt. No. 92.

Consistent with the Court's orders referenced above (Dkt. Nos. 71 & 92), this action is dismissed with prejudice and judgment hereby entered in favor of all Defendants.

**IT IS SO ORDERED.**

Dated: 1/10/18

The Honorable Philip S. Gutierrez
United States District Judge